# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> KHRISTIAN GOMEZ, MARTINA GOMEZ, and EDGAR GOMEZ, <br><br> Defendants. | Case No. 2:16-cv-00677-APG-CWH <br><br> **ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT** <br><br> (ECF No. 15) |

In light of the parties' settlement (ECF No. 17),

IT IS ORDERED that the plaintiff's motion for summary judgment **(ECF No. 15) is DENIED** as moot.

DATED this 3rd day of November, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE