# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> KHRISTIAN GOMEZ, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-00677-APG-CWH <br><br> **ORDER FOR STATUS REPORT** |

By letter dated October 27, 2016, the parties informed the court that they had reached a settlement and a stipulation to dismiss would be filed within three weeks. ECF No. 17. Nothing has been filed.

IT IS THEREFORE ORDERED that the parties shall file a stipulation to dismiss or a joint status report on or before January 27, 2017.

DATED this 4th day of January, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE